FILED

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0378

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 21-0378

JOHN MEYER,

      Plaintiff and Appellant,

  vs.

CHRISTI JACOBSEN, in her official capacity as Secretary of State of the State of Montana, ERIC SEMERAD, in his official capacity as Gallatin County Election Administrator,

      Defendants and Appellees.

On Appeal from the Montana Eighteenth Judicial District
Gallatin County Cause No. DV-16-362C
Honorable John C. Brown

## PROPOSED ORDER

Before the Court is the parties' Joint Motion to Stay Briefing Deadlines, requesting this Court stay the deadline for both Appellees to respond to Appellant John Meyer's Opening Brief until resolution of a pending motion in the District Court. This Motion being joint and unopposed and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED and the current briefing deadlines are stayed until resolution of the pending motion in the District Court. The parties shall file a joint status report Tuesday, January 11, 2022, or upon the District Court's ruling on the pending motion. Appellee's Response

Briefs shall be due thirty days from the date of the District Court's issuance of said order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2021